IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY SCHULTE,
Plaintiff,

v.

Case No. 19–00215–JPG–DGW

ANDREW SAUL,
Commissioner of Social Security,
Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Social Security Administration's decision is **AFFIRMED**.

Dated: Thursday, January 16, 2020

MARGARET M. ROBERTIE,
Clerk of Court
s/ Tina Gray Deputy Clerk

**Approved by: s/J. Phil Gilbert**
 **U.S. District Judge**